IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEYONA JOHNSON, | : | Civil No. 1:22-CV-00230 |
| Plaintiff, | : | |
| v. | : | |
| PENNSYLVANIA STATE POLICE, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 19th day of September, 2022, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS:**

1. Defendants' motion to dismiss, Doc. 8, is **GRANTED**. Specifically, Count I is **DISMISSED WITH PREJUDICE**, and Counts II through IV are **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing an amended complaint.

2. Plaintiff may file an amended complaint, for Counts II–IV, in accordance with this order and the accompanying memorandum within **21 days**, on or before **October 11, 2022**.

3. If Plaintiff fails to file an amended complaint by the above date, the Clerk of Court shall close this case.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Court Judge<br>
Middle District of Pennsylvania